UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON CHRISTIANSEN,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )　DOCKET NO: 05-40109-FDS |
| JEVIC TRANSPORTATION, INC.<br>　　Defendant. | )<br>)<br>)<br>) |

**DEFENDANT, JEVIC TRANSPORTATION, INC.'S
MOTION FOR *PRO HAC VICE* ADMISSION**

NOW COMES defendant Jevic Transportation Inc. and by and through its counsel hereby moves this Honorable Court to grant admission *pro hac vice* to Jeremiah J. Morgan, of the law firm Bryan Cave LLP in Kansas City, Missouri. In support of this motion, defendant states as follows:

The undersigned is an attorney of law of the Commonwealth of Massachusetts and is familiar with the facts set forth herein.

Attorney Morgan is an Associate of Bryan Cave LLP in Kansas City, Missouri.

Attorney Morgan is a member in good standing and is admitted to practice before the bar of the State of Missouri. He has likewise been admitted to practice before the United Stated Court of Appeals for the Eighth and Tenth Circuits, and the United States District Courts for the Western District of Missouri and District of Kansas.

Attorney Morgan has not been censured, suspended, disciplined or disbarred by any court and there is no disciplinary action, contempt, or other proceeding pending against him before any court. Further, Attorney Morgan is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

968161v1

The above-referenced attorney is knowledgeable about the incidents giving rise to the claims in this action and has extensive experience in lawsuits of this nature.

WHEREFORE, the defendant, Jevic Transportation, Inc. respectfully requests that the Motion for *Pro Hac Vice* Admission of Jeremiah J. Morgan, Esquire be **GRANTED**.

Respectfully Submitted
The Defendant
JEVIC TRANSPORTATION, INC.
By its attorneys,


/s/ Tory A. Weigand
_____
Gary W. Harvey, BBO #547993
Tory A. Weigand, BBO #548553
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Tel:  (617) 439-7500
Fax:  (617) 342-4875 – Harvey
Fax:  (617) 342-4947 – Weigand

Dated:  July 1, 2005

968161v1