# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                ) ss.
WESTERN DISTRICT OF MISSOURI    )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri, DO HEREBY CERTIFY that Jeremiah J. Morgan was duly admitted to practice in said Court on January ...

Jeremiah J. Morgan ... status and has not been disciplined by this Co...

Dated at Kansas City, Missouri
on June 29, 2005

Clerk

by _____
Gerald Kee, Deputy Clerk

:goodst.att