UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON CHRISTIANSEN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    DOCKET NO: 05-40109 |
| JEVIC TRANSPORTATION, INC.<br>    Defendant. | )<br>)<br>)<br>) |

**DEFENDANT, JEVIC TRANSPORTATION, INC.'S
MOTION FOR *PRO HAC VICE* ADMISSION**

NOW COMES defendant Jevic Transportation Inc. and by and through its counsel hereby moves this Honorable Court to grant admission *pro hac vice* to Lynn S. McCreary, of the law firm Bryan Cave LLP in Kansas City, Missouri. In support of this motion, defendant states as follows:

The undersigned is an attorney of law of the Commonwealth of Massachusetts and is familiar with the facts set forth herein.

Attorney McCreary is a Partner of Bryan Cave LLP in Kansas City, Missouri.

Attorney McCreary is a member in good standing and is admitted to practice before the bar of the State of Missouri. She has likewise been admitted to practice before the Supreme Court of Missouri, and the United States District Courts for the Western District of Missouri and District of Kansas.

Attorney McCreary has not been censured, suspended, disciplined or disbarred by any court and there is no disciplinary action, contempt, or other proceeding pending against him before any court. Further, Attorney McCreary is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

968582v1

The above-referenced attorney is knowledgeable about the incidents giving rise to the claims in this action and has extensive experience in lawsuits of this nature.

WHEREFORE, the defendant, Jevic Transportation, Inc. respectfully requests that the Motion for *Pro Hac Vice* Admission of Lynn S. McCreary, Esquire be **GRANTED**.

Respectfully Submitted
The Defendant
JEVIC TRANSPORTATION, INC.
By its attorneys,


/s/ Tory A. Weigand
_____
Gary W. Harvey, BBO #547993
Tory A. Weigand, BBO #548553
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Tel:  (617) 439-7500
Fax:  (617) 342-4875 – Harvey
Fax:  (617) 342-4947 – Weigand

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served via United States mail, first class postage prepaid on this 5th day of July, 2005, addressed to the following counsel of record:

Raymond A. Desautels III, Esq.
466 Main Street, P.O. Box 289
Oxford, MA 01540

Attorney for Plaintiff

/s/ Tory A. Weigand
_____
Attorney for Defendant

968582v1