UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON CHRISTIANSEN,<br><br>Plaintiff,<br><br>v.<br><br>JEVIC TRANSPORTATION, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE No. 4:05-cv-40109-FDS<br>)<br>) REQUEST FOR HEARING<br>)<br>) |

## DEFENDANT JEVIC'S MOTION TO DISMISS

Defendant Jevic Transportation, Inc. ("Jevic"), pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiff Jason Christiansen's Complaint, and states in support as follows:

1. Plaintiff Jason Christiansen ("Christiansen") alleges in his Complaint that he loaded trucks during the entire course of his employment with Jevic, a nationwide trucking company and carrier of freight. He further alleges that he did not receive overtime pay required by Massachusetts law and was terminated for making inquiries regarding overtime pay.

2. Christiansen's Complaint, originally filed in state court, was timely removed to this Court on June 30, 2005.

3. As set forth in Jevic's Memorandum in Support of this Motion to Dismiss, incorporated herein by this reference, Christiansen fails to state a claim. *See Harrington v. Despatch Indus., L.P.*, No. Civ. A. 03-12186-RGS, 2005 WL 1527630, *3 (D. Mass. June 29, 2005); *Valerio v. Putnam Assocs. Inc.*, 173 F.3d 35 (1st Cir. 1999).

968786v1

4.  Pursuant to Local Rule 7.1(2), counsel for Jevic has conferred with counsel for Christiansen and the parties have attempted in good faith to resolve or narrow the issues.

WHEREFORE, Defendant Jevic Transportation, Inc. requests the Court dismiss Plaintiff Jason Christiansen's Complaint for failure to state a claim.

### REQUEST FOR ORAL ARGUMENT

The defendant, Jevic Transportation, Inc., hereby requests oral argument on its Motion to Dismiss.

Respectfully Submitted,

**Morrison Mahoney LLP**

By: /s/ Tory A. Weigand
Gary W. Harvey, BBO #548553
Tory A. Weigand, BBO #547993
250 Summer Street
Boston, MA  02210-1181
Tel:  (617) 439-7500
Fax:  (617) 342-4875 – Harvey
Fax:  (617) 342-4947 – Weigand

and

**BRYAN CAVE LLP**

Jeremiah J. Morgan, *pro hac vice*
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105
Tel:  816-391-7647
Fax:  816-374-3000

ATTORNEYS FOR DEFENDANT JEVIC TRANSPORTATION, INC.

968786v1

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing was served via United States mail, first class postage prepaid on this 7th day of July, 2005, addressed to the following counsel of record:

    Raymond A. Desautels III, Esq.
    466 Main Street, P.O. Box 289
    Oxford, MA 01540

    Attorney for Plaintiff

                                  /s/ Tory A. Weigand
                                  Attorney for Defendant