UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JASON CHRISTIANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JEVIC TRANSPORTATION, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-40109-FDS<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

**SAYLOR, J.**

    Defendant Jevic Transportation, Inc., moved on July 7, 2005, to dismiss the complaint for failure to state a claim upon which relief can be granted. No opposition having been filed, the motion is GRANTED, and this matter is hereby DISMISSED.

**So Ordered.**

                                                            /s/ F. Dennis Saylor<br>
                                                            F. Dennis Saylor IV<br>
                                                            United States District Judge

Dated: November 4, 2005